USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE AMADO GARCIA, | 22-CV-6216 (BCM) |
| Plaintiff, | |
| -against- | **ORDER SCHEDULING ORAL ARGUMENT** |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will hold oral argument in this action on **March 19, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      January 19, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**