**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

JOSE AMADO GARCIA,

                Plaintiff,                      22 **CIVIL** 6216 (BCM)

      -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2024, plaintiff's motion for judgment on the pleadings (Dkt. 18) is GRANTED; the Commissioner's cross motion for judgment on the pleadings (Dkt. 24) is DENIED; and the case is REMANDED, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Oral Decision. On remand, the ALJ should do the following: (As further set forth herein.) The ALJ should also update the record, if more recent medical evidence is available. Accordingly the case is closed.

**Dated:** New March 21, 2024

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**

                              **BY:**

                                                        **Deputy Clerk**